IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DOYLE JOHNSON,

    Plaintiff,

vs.

MERCK & CO., INC.; MEDCO
HEALTH SOLUTIONS, INC.;
SARAH C. CAPOCACCIA;
STEPHANIE B. (BUCK) ISON;
COURTNEY SHAY (INGRAM)
McMAKIN; VINAY KRISHAN
SOOD; MICHAEL RICHARDS;
PATRICIA BLASINGAME and
SCOTT EVANS,

    Defendants

Case No.: 1:05-cv-01096-JDT-sta

## *ORDER*

Came on for consideration Plaintiff's Unopposed Motion to Modify Stay.

After due consideration, IT IS ORDERED that this Court's April 22, 2005 Order Granting Motion to Stay be modified to allow for Plaintiff to file a timely Motion to Remand in response to Defendant Merck & Co., Inc.'s Notice of Removal. Plaintiff understands that as a result of previous orders, his remand order will be adjudicated by the Multidistrict Litigation Court for No. 1657, Vioxx Litigation.

Signed this the 3rd day of May, 2005.

_____
James D. Todd
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/05/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01096 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

John R. Cannon
SHUTTLEWORTH SMITH MCNABB & WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT