# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
OFFICE OF THE CLERK

LORETTA G. WHYTE
CLERK

500 POYDRAS ST., ROOM C-151
NEW ORLEANS, LA 70130

June 14, 2005

THOMAS M. GOULD
CLERK, US DISTRICT COURT
WD OF TN, JACKSON
05 JUL 29 PM 2:43

Robert Di Trolio, Clerk
United States District Court
Western District of Tennessee
111 S. Highland
Jackson, TN 38301

In Re: MDL 1657 Vioxx Products Liability Litigation

Your Case No. C.A. 1:05-1096 Doyle Johnson v. Merck & Co., Inc.
Our Case No. C.A. 05-2358 L (3)

Dear Mr. Di Trolio:

Enclosed is a certified copy of a transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case listed above be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. Our office has assigned a new civil action number to this case as referenced above.

**DO NOT FORWARD THE ORIGINAL RECORD.** The Honorable Eldon E. Fallon, U.S. District Court Judge issued an order directing that the transfer of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order, together with a copy of the transfer letter be forwarded to the transferor court.

**Due to the high volume of cases involved in this litigation please provide paper copies of the above documents instead of simply referring to your website.** Your prompt attention in this matter is greatly appreciated.

Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

Very truly yours,
Loretta G. Whyte, Clerk

By ____________________
Deputy Clerk

Enclosures

cc: Judicial Panel on Multidistrict Litigation



A CERTIFIED TRUE COPY
JUN - 7 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED U.S. DISTRICT COURT EASTERN DISTRICT OF LA
2005 JUN 13 PM 1:27
LORETTA G. WHYTE CLERK

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MAY 20 2005
FILED CLERK'S OFFICE

DOCKET NO. 1657

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*CONDITIONAL TRANSFER ORDER ((CTO-11))*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 439 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

CLERK'S OFFICE
A TRUE COPY
JUL 29 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
Inasmuch as no objection is pending at this time, the stay is lifted.
JUN - 7 2005
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
CLERK'S OFFICE
A TRUE COPY
JUN 14 2005
Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Fee
Process
X Dktd
CtRmDep
Doc. No

CLOSED, STAY

# U.S. District Court
# Western District of Tennessee (Jackson)
# CIVIL DOCKET FOR CASE #: 1:05-cv-01096-JDT-sta
# Internal Use Only

Johnson v Merck & Co., et al
Assigned to: James D. Todd
Referred to: S. Thomas Anderson
Demand: $75000
Cause: 28:1332 Diversity-Product Liability

Date Filed: 03/31/2005
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Miscellaneous**

**Judy Barnhill** represented by **Judy Barnhill**
Circuit Court Clerk
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301
Fax: prose
PRO SE

**Plaintiff**

**Doyle Johnson** represented by **Steven G. Ohrvall**
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303-3539
731-423-3300
Fax: 901-526-9310
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**T. Robert Hill**
HILL BOREN
P.O. Box 3539
1269 N. Highland Ave.
Jackson, TN 38303-0539
731-423-3300
Fax: 731-423-2135
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Merck & Co, Inc** represented by **Charles C. Harrell**
BUTLER SNOW O'MARA STEVENS

    & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119
901-680-7200
Fax: 901-680-7201
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M. Martin**
BUTLER SNOW O'MARA STEVENS
& CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119
901-680-7200
Fax: 901-680-7201
Email: lisa.martin@butlersnow.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Medco Health Solutions, Inc**  represented by  **John R. Cannon, Jr.**
SHUTTLEWORTH SMITH MCNABB
& WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103-0020
901-526-7399
Fax: 901-526-5056
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sarah C. Capocaccia**  represented by  **Charles C. Harrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Stephanie B. (Buck) Ison**  represented by  **Charles C. Harrell**

          (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Lisa M. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Courtney Shay (Ingram) McMakin**    represented by  **Charles C. Harrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Lisa M. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Vinay Krishan Sood**    represented by  **Charles C. Harrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Lisa M. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Richards**    represented by  **Charles C. Harrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Lisa M. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patricia Blasingame**    represented by  **Charles C. Harrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Lisa M. Martin**
(See above for address)

                                                        *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Scott Evans**

represented by **Charles C. Harrell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lisa M. Martin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/31/2005 | 1 | NOTICE OF REMOVAL by Merck & Co, Inc from Circuit Court of Madison County, case number C-05-98. ( Filing fee $ 250. )(ejs, ) (Entered: 04/01/2005) |
| 03/31/2005 | 2 | NOTICE of removal to ptf by Merck & Co, Inc. (ejs, ) (Entered: 04/01/2005) |
| 03/31/2005 | 3 | NOTICE by Merck & Co, Inc : corporate disclosure statement. (ejs, ) (Entered: 04/01/2005) |
| 03/31/2005 | 4 | MOTION to Stay all proceedings pending transfer decision by the judicial panelon multidistrict litigation, by Merck & Co, Inc. (ejs, ) (Entered: 04/01/2005) |
| 03/31/2005 | 5 | ANSWER to Complaint with Jury Demand by Merck & Co, Inc.(ejs, ) (Entered: 04/01/2005) |
| 03/31/2005 | 6 | ANSWER to Complaint (Notice of Removal) by Sarah C. Capocaccia, Stephanie B. (Buck) Ison, Vinay Krishan Sood, Patricia Blasingame. (ejs, ) (Entered: 04/01/2005) |
| 04/06/2005 | 7 | CERTIFICATE of Counsel re [4] MOTION to Stay by Lisa M. Martin on behalf of Merck & Co, Inc. (ejs, ) (Entered: 04/08/2005) |
| 04/13/2005 | 8 | ANSWER to Complaint with Jury Demand by Courtney Shay (Ingram) McMakin.(ejs, ) (Entered: 04/14/2005) |
| 04/22/2005 | 9 | ORDER granting [4] Motion to Stay pending MDL Panel's transfer decision. Signed by Judge James D. Todd. (ejs, ) (Entered: 04/25/2005) |
| 04/26/2005 | 10 | ANSWER to Complaint with Jury Demand by Michael Richards.(ejs, ) (Entered: 04/28/2005) |
| 04/29/2005 | 11 | ANSWER to Complaint with Jury Demand by Medco Health Solutions, Inc.(ejs, ) (Entered: 05/02/2005) |

| | | |
|---|---|---|
| 05/02/2005 | 12 | Unopposed MOTION To Modify Stay by Doyle Johnson. CJT w/p/o, CJAn (cdi, ) (Entered: 05/03/2005) |
| 05/02/2005 | 13 | Pla's MOTION to Remand With Supporting Memorandum of Law by Doyle Johnson. CJT w/p/o, CJAn (cdi, ) (Entered: 05/03/2005) |
| 05/03/2005 | 14 | ORDER granting [12] Motion modify stay - to allow for pla to file timely motion to remand. Signed by Judge James D. Todd. (skp, ) (Entered: 05/05/2005) |
| 06/07/2005 | 15 | LETTER: to MDL Panel for review and possible inclusion in MDL 1657 Vioxx product liability litigation (skp, ) (Entered: 06/07/2005) |
| 06/13/2005 | 16 | NOTICE of filing - MDL Transfer Order filed on 5/20/05 as to MDL #1657 - case to be transferred to ED of LA and assigned to Judge Fallon. (ejs, ) (Entered: 06/14/2005) |
| 06/13/2005 | 17 | (information copy) CONDITIONAL TRANSFER ORDER (CTO-11) MDL 1657; action transferred under 28 USC 1407 to the USDC ED of LA; filed in MDL 5/20/2005; stay lifted June 7, 2005 (skp, ) (Entered: 06/23/2005) |
| 07/29/2005 | 18 | CONDITIONAL TRANSFER ORDER - case transferred to ED of LA pursuant order filed in ED/LA on June 13, 2005, certified on July 29, 2005; assigned # CA 05-2358 L (3) - - certified copies mailed as instructed. (skp, ) (Entered: 07/29/2005) |

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 1:05-CV-01096 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Judy Barnhill
Criminal Justice Complex
515 S. Liberty St.
Jackson, TN 38301

Steven G. Ohrvall
HILL BOREN- Jackson
1269 N. Highland Ave.
P.O. Box 3539
Jackson, TN 38303--353

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

T. Robert Hill
HILL BOREN
1269 N. Highland Ave.
Jackson, TN 38303--053

Charles C. Harrell
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John R. Cannon
SHUTTLEWORTH SMITH MCNABB & WILLIAMS
200 Jefferson Ave.
Ste. 1500
Memphis, TN 38103--002

Honorable James Todd
US DISTRICT COURT